# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARQUES AVONTA BUTLER,<br><br>    Defendant. | Case No. 2:17-cr-00167-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 46 |

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, June 15, 2020 at 9:30 a.m., be vacated and continued to August 10, 2020, at the hour of 9:30 a.m.

DATED this 19th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE