**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARQUES AVONTA BUTLER,<br><br>　　　　Defendant. | Case No. 2:17-cr-00167-JAD-NJK<br><br>**ORDER**<br><br>**ECF No. 48** |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Monday, August 10, 2020 at 9:30 a.m., be vacated and continued to August 31, 2020 at 3:00 p.m.

　　　　DATED this 3rd day of August, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3