**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
319 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Marques Avonta Butler*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00167-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION DATE** |
| MARQUES AVONTA BUTLER, | (First Request) |
| Defendant, | |

IT IS HEREBY STIPULATED AND AGREED by and between JASON M. FRIERSON, United States Attorney, and ALLISON REESE, Assistant United States Attorney, counsel for the United States of America, and TODD M. LEVENTHAL, ESQ., counsel for MARQUES AVONTA BUTLER that the Revocation date scheduled for March 20, 2023, at the hour of 3:00 p.m. be vacated, and set to a date and time convenient to this Court, but not sooner than ninety (90) days.

The Stipulation is entered into for the following reasons:

1. The defendant is out of custody and does not object to the continuance.

2. Mr. Leventhal has spoken to Ms. Reese, Assistant United States Attorney and both parties agree to the continuance.

3. The requested time is not for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete presentencing issues related to the final revocation hearing.

This is the First stipulation to continue the Revocation date.

DATED: MARCH 15, 2023

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By____/s/ Todd M Leventhal_____      By___/s/ Allison Reese_____
TODD M. LEVENTHAL                            ALLISON REESE
Counsel for Marques Avonta Butler            Assistant United States Attorney

**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
319 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Marques Avonta Butler*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MARQUES AVONTA BUTLER,<br><br>          Defendant, | Case No.: 2:17-cr-00167-JAD-NJK<br><br>**FINDING OF FACT, COCLUSION OF LAW, AND ORDER**<br>(First Request) |

## **FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is in custody and does not object to the continuance.
2. Mr. Leventhal has spoken to Ms. Reese, Assistant United States Attorney and both parties agree to the continuance.
3. The requested time is not for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete presentencing issues related to the final revocation hearing.

3

## CONCLUSIONS OF LAW

The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant it would likely result in a miscarriage of justice.  This continuance is excludable under the Speedy Trial Act, Title 18 U.S.C. § 3161 (h)(7)(A) based on the factors outlined in §161(h)(7)(B)(i), (iv).

## ORDER

IT IS FURTHER ORDERED that the sentencing currently scheduled for March 20, 2023 at the hour of 3:00 p.m., is vacated and continued to June 26, 2023, at 10:00 a.m.

DATED: March 17, 2023.

BY: _____
UNITED STATES DISTRICT JUDGE