**FILED UNDER SEAL**

# United States District Court
## for
## the District of Nevada

# PETITION FOR WARRANT
# FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Marques Avonta Butler**

Case Number:  **2:17CR00167**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **September 3, 2020**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **60 Months probation**

Date Supervision Commenced: **September 3, 2020**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

# PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Commit Another Crime - You must not commit another federal, state or local crime.**

    a) On May 14, 2023, Butler was arrested by officers with the Bureau of Land Management and charged with Adult Violate Closure of Restriction Order (misdemeanor) in violation of C.F.R. 8364.1(d) and Adult Creating a Hazard or Nuisance (misdemeanor) in violation of C.F.R. 8365.1-4(a)(2). According to the police report, officers observed Butler target shooting less than a half mile from a highway and in an area where motor vehicles were prohibited. Officers confronted Butler as to his use of a firearm and he initially denied using but then ultimately admitted he borrowed a friend's gun to target shoot. Butler was taken into custody and booked into the Henderson Detention Center on the above two misdemeanor charges.

2. **<u>Must Not Possess Firearms</u> - You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).**

   a) As noted in allegation 1(a), officers with the Bureau of Land Management found Butler to be in possession of a firearm on May 14, 2023.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

  ☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **May 20, 2023**

Digitally signed by Cecil B McCarroll III
Date: 2023.05.22 11:31:40 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Brian Blevin
Date: 2023.05.22 10:38:38 -07'00'

Brian Blevins
Supervisory United States Probation Officer

## *THE COURT ORDERS*

- ☐ No Action.
- **X** The issuance of a warrant.
- ☐ The issuance of a summons.
- ☐ Other:

_____
Signature of Judicial Officer

5/23/2023
_____
Date

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. MARQUES AVONTA BUTLER, 2:17CR00167

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### May 20, 2023

By way of history, Butler was sentenced to five (5) years of probation for committing the offense of Felon in Possession of a Firearm. On September 3, 2020, he commenced supervision in the District of Nevada and since then, has incurred numerous violations. On February 17, 2023, the probation office filed a petition for Summons alleging Butler committed the offense of Battery Domestic Violence on December 11, 2022. It is also alleged in that petition that Butler tested positive for marijuana twice and missed one drug test. On March 1, 2023, Butler initially appeared on his Summons and was released on PR Bond. The revocation hearing is currently scheduled for June 26, 2023.

On May 14, 2023, officers with the Bureau of Land Management contacted the probation office and advised that they observed Butler in possession of a firearm while he was target shooting and that they arrested him on two misdemeanor charges. According to the police report, officers observed Butler in possession of a 9mm Taurus handgun and that he was using it conduct target shooting on Bureau of Land Management land.

Officers interviewed Butler who initially stated that he was out flying a drone but when officers pushed the issue he admitted being in possession of a firearm, but that it belonged to a friend. Butler was advised by the officers that not only was he not allowed to be shooting in that area but being a felon, he was not allowed to be in possession of a firearm. Officers seized the gun and took Butler into custody on two misdemeanor charges and booked him into the Henderson Detention Center.

Given the facts that Butler is on federal supervision for Felon in Possession of a Firearm and that he has now been found again in possession of a firearm, the probation office requests a warrant be issued for his arrest and that he remain in custody pending his revocation.

Respectfully submitted,

Digitally signed by
Cecil B McCarroll III
Date: 2023.05.22
11:33:12 -07'00'

_____
Cecil McCarroll
United States Probation Officer

Prob12C
D/NV Form
Rev. March 2017

Approved:

Digitally signed by Brian Blevin
Date: 2023.05.22 10:39:36 -07'00'

Brian Blevins
Supervisory United States Probation Officer