**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
319 South Third Street, Suite 100
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Marques Avonta Butler*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>    v.<br><br>MARQUES AVONTA BUTLER,<br><br>     Defendant. | Case No.: 2:17-cr-00167-JAD-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING**<br><br>(First Request)<br><br>ECF NO. 72 |

   IT IS HEREBY STIPULATED AND AGREED by and between Jason M. Frierson, United States Attorney, and Peter Walkingshaw, Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for MARQUES AVONTA BUTLER, that the Revocation hearing date currently scheduled for June 26, 2023 at 10:00 a.m. be vacated and continued to a time convenient to this Court, but no sooner than ninety (90) days nor on the following dates that Mr. Leventhal will be out of jurisdiction August 28, 2023– September 22, 2023

   The Stipulation is entered into for the following reasons:

   1.   The defendant is in custody and does not object to the continuance.
   2.   The parties agree to the continuance.

3. The parties are engaged in negotiations.
4. As of June 20, 2023, Mr. Butler has been detained at Southern Nevada Detention Center and Mr. Leventhal needs additional time to arrange a time for an attorney visit to discuss the matter with Mr. Butler.
5. This is the First stipulation to continue the Revocation hearing date.

DATED: June 21, 2023

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By___/s/ Todd M Leventhal_____      By___/s/ Allison Reese_____
TODD M. LEVENTHAL                                             ALLISON REESE
Counsel for Defendant                                              Assistant United States Attorney

2

TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
319 South Third Street, Suite 100
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for MARQUES AVONTA BUTLER*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARQUES AVONTA BUTLER,<br><br>　　　　Defendant. | Case No.: 2:17-cr-00167-JAD-NJK<br><br>**ORDER** |

## **FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is in custody and does not object to the continuance.
2. The parties agree to the continuance.
3. The parties are engaged in negotiations.
4. As of June 20, 2023, Mr. Butler has been detained at Southern Nevada Detention Center and Mr. Leventhal needs additional time to arrange a time for an attorney visit to discuss the matter with Mr. Butler.

3

5. This is the First stipulation to continue the Revocation hearing date.

1.

## **ORDER**

IT IS FURTHER ORDERED that the Revocation hearing currently scheduled for June 26, 2023 at the hour of 10:00 a.m., is vacated and continued to September 25, 2023, at 3:00 p.m.

DATED this 22nd day of June 2023.

BY: _____
HONORABLE JENNIFER A DORSEY
United States District Court Judge

4