# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARQUES AVONTA BUTLER,<br><br>Defendant. | Case No.: 2:17-cr-00167-JAD-NJK<br><br>**ORDER**<br><br>**ECF No. 77** |

Based on the parties' stipulation, IT IS ORDERED that the Hearing re Revocation of Supervised Release scheduled for October 2, 2023, at 2:30 p.m., is vacated and reset to November 6, 2023, at 11:00 a.m.

DATED this 29th day of September, 2023.

                                                                                    _____
                                                                                    HONORABLE JENNIFER A. DORSEY
                                                                                    UNITED STATES DISTRICT JUDGE